FREDERICK LAWRENCE et al., Individually and on Behalf of ALEXANDER A. LAWRENCE, an Infant, Plaintiff, and MARION LAWRENCE, Appellant, v ALBANY COUNTY DEPARTMENT FOR CHILDREN, YOUTH AND FAMILIES, Respondent. (And Other Related Actions.)

Submitted November 9, 2009; decided December 17, 2009

Reported below, 61 AD3d 1126.

Motion for reargument denied [see 13 NY3d 791 (2009)].

TIMOTHY D. O'SHEA et al., Appellants, v BUFFALO MEDICAL GROUP, P.C., et al., Defendants, and BLAZE SEKOVSKI, M.D., Respondent.

Submitted November 19, 2009; decided December 17, 2009

Reported below, 64 AD3d 1140.

Motion to vacate this Court's October 26, 2009 dismissal order denied [see 13 NY3d 834 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY M. DRAYTON, Appellant.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 56 AD3d 1278.

Motion to dismiss appeal granted and appeal dismissed upon the ground that the criminal prosecution has abated by reason of defendant's death (see People v Mintz, 20 NY2d 770, 771 [1967]).